1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PIAMICHELE PATRICIA LYOTIER KENNEDY, | Case No. CV 14-2277 JC |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: August 27, 2014

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE